IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRATERNAL ORDER OF POLICE PENNSYLVANIA LODGE**, et al.,<br><br>    Plaintiffs,<br><br>    *v.*<br><br>**TOWNSHIP OF SPRINGFIELD**, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 23-332-KSM |

## ORDER

**AND NOW** this 6th day of April, 2023, upon consideration of Plaintiffs' Motion for Protective Order (Doc. No. 25), Defendants' opposition brief (Doc. No. 26), Plaintiffs' reply brief (Doc. No. 28), Defendants' supplemental letter brief (Doc. No. 30), Plaintiffs' supplemental submissions (Doc. Nos. 31, 33), and the arguments made by counsel during a telephone conference on March 24, 2023, a telephone conference on March 28, 2023, and oral argument on April 3, 2023, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1.     The motion is **DENIED AS MOOT** as to topic 11 in the Rule 30(b)(6) deposition notice to Plaintiff the Springfield Township Police Benevolent Association (the "PBA") and topics 4, 6, 8, and 10 in the Rule 30(b)(6) deposition notice to Plaintiff Fraternal Order of Police Pennsylvania Lodge.

2. The motion is **GRANTED** as to topics 3, 5, 8, and 12 of the notice to the PBA. The PBA need not produce a designee knowledgeable on these topics.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.