IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNSYLVANIA STATE LODGE FRATERNAL ORDER OF POLICE**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **TOWNSHIP OF SPRINGFIELD**, et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 23-332-KSM |

## ORDER

**AND NOW** this 25th day of May, 2023, upon consideration of the transcript of the May 18, 2023 deposition of Plaintiff Christopher Calhoun, and the arguments made by counsel at a telephone conference on May 22, 2023, it is **ORDERED** that Plaintiffs' request to limit Calhoun's deposition under Federal Rule of Civil Procedure 33(d)(3) is **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.