# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNSYLVANIA STATE LODGE FRATERNAL ORDER OF POLICE**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **TOWNSHIP OF SPRINGFIELD**, et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 23-332-KSM |

## ORDER

**AND NOW** this 27th day of June, 2023, upon consideration of Defendants' Motion to Dismiss (Doc. No. 22), Plaintiffs' opposition brief (Doc. No. 23), and Defendants' reply brief (Doc. No. 24), it is **ORDERED** that the motion is **DENIED.**

**IT IS FURTHER ORDERED** that Defendants shall answer the Complaint by July 11, 2023.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**