IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNSYLVANIA STATE LODGE FRATERNAL ORDER OF POLICE**, et al.,<br><br>Plaintiffs,<br><br>*v.*<br><br>**TOWNSHIP OF SPRINGFIELD**, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 23-332-KSM |

## ORDER

**AND NOW** this 13th day of November, 2023, upon consideration of Plaintiffs' Motion for Summary Judgment (Doc. Nos. 44, 45), Defendants' opposition brief (Doc. Nos. 49, 50), Defendants' Motion for Summary Judgment (Doc. No. 46), Plaintiffs' opposition brief (Doc. No. 47), Defendants' reply brief (Doc. No. 56), and the arguments made by counsel at oral argument on November 6, 2023, it is **ORDERED** as follows:

1. Defendants' request to substitute Brendan May for Eddie Graham is **GRANTED.** *See* Fed. R. Civ. P. 25(g). The Clerk of Court shall **AMEND** the case caption accordingly.

2. The remainder of Defendants' motion (Doc. No. 46) is **DENIED.**

3. Plaintiffs' motion (Doc. No. 45) is **GRANTED.** Judgment is entered in favor of Plaintiffs. Springfield Township Resolution 1592, "A Resolution Prohibiting the Display of the Thin Blue Line American Flag on All Township Property," is **DECLARED** unconstitutional and Defendants are **PERMANENTLY ENJOINED** from enforcing its terms.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.