# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Fraternal Order of Police Pennsylvania Lodge, *et al.*, | No. 2:23-cv-00332-KSM |
| Plaintiffs, | |
| v. | Honorable Karen S. Marston, J. |
| Township of Springfield, *et al.*, | |
| Defendants. | |

## NOTICE OF APPEAL

**TO THE CLERK OF COURTS:**

Notice is hereby given that Defendants/Appellants in the above-captioned matter hereby appeal to the Court of Appeals for the Third Circuit from the District Court's following Orders and Opinions:

- April 6, 2023, Order and Opinion granting, in part, Plaintiffs' Motion for Protective Order (Docket Item Nos. 34 and 35);

- June 27, 2023, Order and Opinion denying Defendants' Motion to Dismiss (Docket Item Nos. 40 and 41);

- September 18, 2023, Order denying Defendants' Motion to Strike (Docket Item No. 54);

- November 13, 2023, Order and Opinion granting Plaintiffs' Motion for Summary Judgment and denying Defendants' Motion for Summary Judgment (Docket Item Nos. 60 and 61).

- 2 -

                    Respectfully submitted,

                    **DEASEY, MAHONEY & VALENTINI, LTD.**

By:   /s/ *Rufus A. Jennings*
                    Rufus A. Jennings, Esquire
                    Pa. Attorney Identification No. 93030
                    1601 Market Street, Suite 3400
                    Philadelphia, PA 19103
                    Phone:  (215) 587-9400
                    Fax:      (215) 587-9456
                    Email:  rjennings@dmvlawfirm.com

                    Attorney for Defendants

Date: December 6, 2023

**CERTIFICATE OF SERVICE**

I, Rufus A. Jennings, hereby certify that on the date set forth below, I did cause a true and correct copy of the foregoing Notice of Appeal to be filed with the Court's ECF/PACER electronic filing system where it was available for immediate viewing and download to the following individuals:

Walter S. Zimolong III, Esquire
James J. Fitzpatrick III, Esquire
**ZIMOLONG, LLC**
P.O. Box 552
Villanova, PA 19085-0552

/s/ *Rufus A. Jennings*
Rufus A. Jennings, Esquire

Date: December 6, 2023