# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CASE NO. 2:23-cv-00332-KSM
- - -

FRATERNAL ORDER OF POLICE         :
PENNSYLVANIA LODGE, SPRINGFIELD   :
TOWNSHIP POLICE BENEVOLENT        :
ASSOCIATION, CHRISTIAN WILBUR,    :
ROBERT BAIADA, and CHRIS          :
CALHOUN,                          :   DEPOSITION UNDER
                  Plaintiffs,     :
     - vs -                       :   ORAL EXAMINATION
                                  :
TOWNSHIP OF SPRINGFIELD, JAMES    :        OF
LEE, in his official capacity,    :
BAIRD M. STANDISH, in his         :   CHRISTIAN WILBUR
official capacity, MICHAEL E.     :
MAXWELL, in his official          :
capacity, SUSANNA O. RATSAVONG,   :
in her official capacity, PETER   :
D. WILSON, in his official        :
capacity, JONATHAN C. COBB, in    :
his official capacity, EDDIE T.   :
GRAHAM, in his official           :
capacity, and A. MICHAEL TAYLOR   :
in his official capacity,         :
                                  :
                  Defendants.     :
- - - - - - - - - - - - - - - - -

          TRANSCRIPT OF DEPOSITION, taken by and
before JAMES HOPPER, a Registered Professional
Reporter and Notary Public, via Zoom Video
Communications, on Wednesday, May 31, 2023,
commencing at 9:57 a.m.


                    - - -


              ERSA COURT REPORTERS
               30 South 17th Street
            United Plaza - Suite 1520
          Philadelphia, Pennsylvania 19103
                 (215) 564-1233

CHRISTIAN WILBUR

2

```
 1

 2    APPEARANCES:

 3

 4            ZIMOLONG, LLC
              BY:   JAMES J. FITZPATRICK, III, ESQUIRE
 5             P.O. Box 552
               Villanova, Pennsylvania 19085
 6             Counsel for the Plaintiffs

 7

 8
              DEASEY, MAHONEY & VALENTINI, LTD.
 9            BY:   RUFUS A. JENNINGS, ESQUIRE
               1601 Market Street
10             Suite 3400
               Philadelphia, Pennsylvania 19103
11             Counsel for the Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

CHRISTIAN WILBUR

```
 1   Q.        At where?

 2   A.        Jenkintown.

 3   Q.        Jenkintown, okay.

 4             Mr. Wilbur, did you review anything in

 5   preparation for your deposition today?

 6   A.        Just the Interrogatories and Calhoun's

 7   deposition.

 8   Q.        You read the entirety of Chris Calhoun's

 9   deposition transcript?

10   A.        Yes.

11   Q.        Did you do anything else to prepare for

12   your deposition today?

13   A.        No.

14   Q.        Do you have any documents in front of you

15   today?

16   A.        I do not.

17   Q.        Who is currently in the conference room

18   with you?

19   A.        Just myself and James.

20   Q.        And that's James Fitzpatrick?

21   A.        Yes.

22   Q.        Okay.  Mr. Wilbur, what is your full name?

23   A.        Christian Donald Wilbur.

24   Q.        What is your date of birth?
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CASE NO. 2:23-cv-00332-KSM
- - -

| | | |
|---|---|---|
| FRATERNAL ORDER OF POLICE PENNSYLVANIA LODGE, SPRINGFIELD TOWNSHIP POLICE BENEVOLENT ASSOCIATION, CHRISTIAN WILBUR, ROBERT BAIADA, and CHRIS CALHOUN, | : : : : : : | |
| Plaintiffs, | : | DEPOSITION UNDER |
| - vs - | : | ORAL EXAMINATION |
| | : | |
| TOWNSHIP OF SPRINGFIELD, JAMES LEE, in his official capacity, BAIRD M. STANDISH, in his official capacity, MICHAEL E. MAXWELL, in his official capacity, SUSANNA O. RATSAVONG, in her official capacity, PETER D. WILSON, in his official capacity, JONATHAN C. COBB, in his official capacity, EDDIE T. GRAHAM, in his official capacity, and A. MICHAEL TAYLOR in his official capacity, | : : : : : : : : : : : : : | OF

CHRISTIAN WILBUR |
| Defendants. | : | |

- - - - - - - - - - - - - - - - -

        TRANSCRIPT OF DEPOSITION, taken by and
before JAMES HOPPER, a Registered Professional
Reporter and Notary Public, via Zoom Video
Communications, on Wednesday, May 31, 2023,
commencing at 11:52 a.m.


                    - - -


                ERSA COURT REPORTERS
                30 South 17th Street
              United Plaza - Suite 1520
            Philadelphia, Pennsylvania 19103
                  (215) 564-1233

CHRISTIAN WILBUR

2

```
 1

 2    APPEARANCES:

 3

 4          ZIMOLONG, LLC
            BY:   JAMES J. FITZPATRICK, III, ESQUIRE
 5           P.O. Box 552
             Villanova, Pennsylvania 19085
 6           Counsel for the Plaintiffs

 7

 8
            DEASEY, MAHONEY & VALENTINI, LTD.
 9          BY:   RUFUS A. JENNINGS, ESQUIRE
             1601 Market Street
10           Suite 3400
             Philadelphia, Pennsylvania 19103
11           Counsel for the Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

CHRISTIAN WILBUR

```
 1   Q.          And that was unsolicited, correct?

 2   A.          Correct.

 3   Q.          Was a vote ever taken on whether or not to

 4   adopt any of those logos?

 5   A.          I don't believe so.

 6   Q.          Does the PBA have any agreement with its

 7   current attorneys regarding the payment of

 8   attorneys' fees in this case?

 9   A.          No.

10   Q.          Has the PBA received any bills for

11   services rendered by attorneys in this case?

12   A.          No.

13   Q.          Do you personally have any agreement with

14   any attorney regarding payment of legal fees in this

15   case?

16   A.          No.

17   Q.          Chris Calhoun testified that he was

18   introduced to your attorney, current attorneys, by

19   you.  How did you become aware of Mr. Zimolong and

20   Mr. Fitzpatrick?

21   A.          Mr. Fitzpatrick reached out by phone.

22   Q.          And that was an unsolicited conversation,

23   unsolicited communication?

24   A.          Yes.
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES