# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CASE NO. 2:23-cv-00332-KSM
- - -

| | |
|---|---|
| FRATERNAL ORDER OF POLICE : | |
| PENNSYLVANIA LODGE, SPRINGFIELD : | |
| TOWNSHIP POLICE BENEVOLENT : | |
| ASSOCIATION, CHRISTIAN WILBUR, : | |
| ROBERT BAIADA, and CHRIS : | |
| CALHOUN, : | DEPOSITION UNDER |
| Plaintiffs, : | |
| - vs - : | ORAL EXAMINATION |
| : | |
| TOWNSHIP OF SPRINGFIELD, JAMES : | OF |
| LEE, in his official capacity, : | |
| BAIRD M. STANDISH, in his : | CHRISTIAN WILBUR |
| official capacity, MICHAEL E. : | |
| MAXWELL, in his official : | |
| capacity, SUSANNA O. RATSAVONG, : | |
| in her official capacity, PETER : | |
| D. WILSON, in his official : | |
| capacity, JONATHAN C. COBB, in : | |
| his official capacity, EDDIE T. : | |
| GRAHAM, in his official : | |
| capacity, and A. MICHAEL TAYLOR : | |
| in his official capacity, : | |
| : | |
| Defendants. : | |

- - - - - - - - - - - - - - - - -

        TRANSCRIPT OF DEPOSITION, taken by and
before JAMES HOPPER, a Registered Professional
Reporter and Notary Public, via Zoom Video
Communications, on Wednesday, May 31, 2023,
commencing at 9:57 a.m.

- - -

ERSA COURT REPORTERS
30 South 17th Street
United Plaza - Suite 1520
Philadelphia, Pennsylvania 19103
(215) 564-1233

CHRISTIAN WILBUR

2

```
 1

 2    APPEARANCES:

 3

 4          ZIMOLONG, LLC
            BY:   JAMES J. FITZPATRICK, III, ESQUIRE
 5           P.O. Box 552
             Villanova, Pennsylvania 19085
 6           Counsel for the Plaintiffs

 7

 8
            DEASEY, MAHONEY & VALENTINI, LTD.
 9          BY:  RUFUS A. JENNINGS, ESQUIRE
             1601 Market Street
10           Suite 3400
             Philadelphia, Pennsylvania 19103
11           Counsel for the Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24
```

CHRISTIAN WILBUR

3

1                          - - -

2

3                      I N D E X

4

5    WITNESS                          PAGE

6    CHRISTIAN WILBUR

7

8         By Mr. Jennings              4

9

10

11                      - - -

12

13

14                  E X H I B I T S

15

| NUMBER | DESCRIPTION | PAGE MARKED | PAGE ATTACHED |
|--------|-------------|-------------|---------------|
| Wilbur-1 | EEO-4 Data Collection | 18 | 88 |
| Wilbur-2 | Certificate of Attendance | 19 | 89 |
| Wilbur-3 | Facebook Post | 29 | 90 |

16

17

18

19

20

21

22                      - - -

23

24

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

CHRISTIAN WILBUR

1    Q.         Great.

2              I am not trying to confuse you with any of

3    my questions.  If at any point during this

4    deposition you do not hear my question or do not

5    understand my question, please let me know and I

6    will repeat my question so that you hear it or try

7    to rephrase it in such a way that you can understand

8    it; however, if you don't tell me that you didn't

9    understand my question and you provide me with a

10   response, I'm going to have to assume that your

11   response is to the question in the form that I asked

12   it.  Do you understand that?

13   A.         Yes.

14   Q.         You were just sworn in by the court

15   reporter.  All your answers are given under oath and

16   subject to penalty of perjury just as if you were

17   testifying in court.  Do you understand that?

18   A.         Yes.

19   Q.         Mr. Wilbur, are you under the influence of

20   any medication that would affect your memory, that

21   would prevent you from understanding my question or

22   to recall events?

23   A.         No.

24   Q.         Have you consumed any alcoholic beverages

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CASE NO. 2:23-cv-00332-KSM
- - -

FRATERNAL ORDER OF POLICE          :
PENNSYLVANIA LODGE, SPRINGFIELD :
TOWNSHIP POLICE BENEVOLENT      :
ASSOCIATION, CHRISTIAN WILBUR,  :
ROBERT BAIADA, and CHRIS        :
CALHOUN,                        :    DEPOSITION UNDER
              Plaintiffs,       :
     - vs -                      :    ORAL EXAMINATION
                                :
TOWNSHIP OF SPRINGFIELD, JAMES  :         OF
LEE, in his official capacity,  :
BAIRD M. STANDISH, in his       :    CHRISTIAN WILBUR
official capacity, MICHAEL E.   :
MAXWELL, in his official        :
capacity, SUSANNA O. RATSAVONG, :
in her official capacity, PETER :
D. WILSON, in his official      :
capacity, JONATHAN C. COBB, in  :
his official capacity, EDDIE T. :
GRAHAM, in his official         :
capacity, and A. MICHAEL TAYLOR :
in his official capacity,       :
                                :
              Defendants.       :
- - - - - - - - - - - - - - - -

        TRANSCRIPT OF DEPOSITION, taken by and
before JAMES HOPPER, a Registered Professional
Reporter and Notary Public, via Zoom Video
Communications, on Wednesday, May 31, 2023,
commencing at 11:52 a.m.

                - - -

            ERSA COURT REPORTERS
             30 South 17th Street
            United Plaza - Suite 1520
           Philadelphia, Pennsylvania 19103
                (215) 564-1233

CHRISTIAN WILBUR

2

```
 1
 2     APPEARANCES:
 3
 4           ZIMOLONG, LLC
             BY:  JAMES J. FITZPATRICK, III, ESQUIRE
 5            P.O. Box 552
              Villanova, Pennsylvania 19085
 6            Counsel for the Plaintiffs
 7
 8
             DEASEY, MAHONEY & VALENTINI, LTD.
 9           BY:  RUFUS A. JENNINGS, ESQUIRE
              1601 Market Street
10            Suite 3400
              Philadelphia, Pennsylvania 19103
11            Counsel for the Defendants
12
13
14
15
16
17
18
19
20
21
22
23
24
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

CHRISTIAN WILBUR

3

1                            - - -

2

3                      I N D E X

4

5    WITNESS                        PAGE

6    CHRISTIAN WILBUR

7

8          By Mr. Jennings            4

9

10

11                        - - -

12

13

14                 E X H I B I T S

15

| NUMBER | DESCRIPTION | PAGE MARKED | PAGE ATTACHED |
|---|---|---|---|
| PBA-1 | Emails | 7 | 45 |
| PBA-2 | Perceptions of Police-Community Relations | 7 | 46 |
| PBA-3 | Complaint | 31 | 47 |

16

17

18

19

20

21

22                        - - -

23

24

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

CHRISTIAN WILBUR

1   Q.        And that was unsolicited, correct?

2   A.        Correct.

3   Q.        Was a vote ever taken on whether or not to

4   adopt any of those logos?

5   A.        I don't believe so.

6   Q.        Does the PBA have any agreement with its

7   current attorneys regarding the payment of

8   attorneys' fees in this case?

9   A.        No.

10   Q.        Has the PBA received any bills for

11   services rendered by attorneys in this case?

12   A.        No.

13   Q.        Do you personally have any agreement with

14   any attorney regarding payment of legal fees in this

15   case?

16   A.        No.

17   Q.        Chris Calhoun testified that he was

18   introduced to your attorney, current attorneys, by

19   you.  How did you become aware of Mr. Zimolong and

20   Mr. Fitzpatrick?

21   A.        Mr. Fitzpatrick reached out by phone.

22   Q.        And that was an unsolicited conversation,

23   unsolicited communication?

24   A.        Yes.

CHRISTIAN WILBUR

1    Q.        And when was that unsolicited

2    communication?

3    A.        I would say early 2023.

4    Q.        Okay.  I wanted to clear one thing up from

5    Mr. Calhoun's deposition.  He testified regarding a

6    banner that the PBA had sponsored at the Little

7    League and softball leagues.  Did you read that

8    testimony?

9    A.        Yes.

10   Q.        Was there a time when the leagues

11   expressed to the PBA some concern about the

12   continued display of those banners?

13   A.        Not that I recall.

14   Q.        Do you know if those banners were ever

15   removed?

16   A.        I believe the Little League softball was

17   moved, but not removed.

18   Q.        Do you know where it was moved?

19   A.        No, I don't.

20   Q.        Did anyone tell you why it was moved?

21   A.        No.

22   Q.        Do you know when it was moved?

23   A.        No.

24   Q.        So to the best of your knowledge, the