IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNSYLVANIA STATE LODGE FRATERNAL ORDER OF POLICE**, et al.,<br><br>Plaintiffs,<br><br>*v.*<br><br>**TOWNSHIP OF SPRINGFIELD**, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 23-332-KSM |

### ORDER

**AND NOW** this 21st day of March, 2024, upon consideration of Plaintiffs' Motion for Attorneys' Fees under 42 U.S.C. § 1988 and Costs under Federal Rule 54 (Doc. No. 62), Defendants' opposition brief (Doc. No. 63), Plaintiffs' reply brief (Doc. No. 66), Defendants' Motion to Strike Plaintiffs' Sham Affidavit (Doc. No. 68), and Plaintiffs' opposition brief (Doc. No. 70), it is **ORDERED** that:

1. Plaintiffs' motion (Doc. No. 62) is **GRANTED IN PART** and **DENIED IN PART**. They are awarded $213,654.00 in attorneys' fees and $2,708.38 in costs.

2. Defendants' motion (Doc. No. 68) is **DENIED.**

**IT IS SO ORDERED**.

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**